IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ) ) ) Plaintiff, ) ) vs. ) ) RAYMOND NISHIBATA, JR., ) ) Defendant. ) _____ ) | CIVIL 06-00352 DAE-KSC |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 24, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation granting Plaintiff's Motion for Default Judgment against

defendant Raymond Nishibata, Jr."are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 12, 2007.



David Alan Ezra
United States District Judge

Allstate Insurance Company vs. Raymond Nishibata, Jr., Civil No. 06-00352 DAE-KSC; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION